**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Banyan Cay Dev. LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | None |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0874968 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1900 Banyan Club Road | 2300 Presidential Way |
| Number    Street | Number    Street |
| | P.O. Box |
| West Palm Beach  Florida  33401 | West Palm Beach  Florida  33401 |
| City           State      ZIP Code | City           State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach County | |
| County | Number    Street |
| | |
| | City           State      ZIP Code |

5. **Debtor's website** (URL)    None

Debtor  __Banyan Cay Dev. LLC_____    Case number (*if known*)_____
            Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>  __7__ __1__ __3__ __9__ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  **Banyan Cay Dev. LLC**                                          Case number *(if known)*_____
        Name

|   |   |   |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                    MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  **See List Attached**         Relationship _____<br>         District _____  When _____<br>                                                MM / DD / YYYY<br>         Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                        Number    Street<br>                        _____<br>                        _____  ____  _____<br>                        City                      State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name      _____<br>       Phone             _____ |

| **Statistical and administrative information** |
|---|

Debtor  **Banyan Cay Dev. LLC**                               Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☒ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☒ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/29/2023**
             MM / DD / YYYY

✗ **/s/ Gerard A. McHale**                          **Gerard A. McHale, McHale, P.A.**
Signature of authorized representative of debtor     Printed name

Title  **Proposed Chief Restructuring Officer**

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **4**

| | |
|---|---|
| Debtor   Banyan Cay Dev. LLC | Case number (if known)_____ |
| Name | |

**18. Signature of attorney**

✘ /s/ Joseph A. Pack          Date  3/29/2023

Signature of attorney for debtor                    MM   / DD  / YYYY

Joseph A. Pack
Printed name

Pack Law
Firm name

51 NE 24th St., Suite 108
Number        Street

Miami                          FL        33137
City                           State     ZIP Code

305-916-4500                   _____
Contact phone                  Email address

117882                         Florida
Bar number                     State

**List of Bankruptcy Cases Pending or Being Filed
by a Business Partner or an Affiliate of the Debtor
(Question 10)**

| Debtor | District | Relationship | Petition Date | Case Number (if Known) |
|---|---|---|---|---|
| Banyan Cay Investment LLC | Southern District of Florida | Debtor or Debtor Affiliate | The Date Hereof | |
| Banyan Cay Mezzanine Borrower, LLC | Southern District of Florida | Debtor or Debtor Affiliate | February 16, 2023 | 23-11481 |
| Banyan Cay Resort & Golf, LLC | Southern District of Florida | Debtor or Debtor Affiliate | The Date Hereof | |
| Banyan Cay Dev. LLC | Southern District of Florida | Debtor or Debtor Affiliate | The Date Hereof | |
| Banyan Cay Villas, LLC | Southern District of Florida | Debtor or Debtor Affiliate | The Date Hereof | |
| Banyan Cay Maintenance LLC | Southern District of Florida | Debtor or Debtor Affiliate | The Date Hereof | |

## UNANIMOUS CONSENT OF MEMBERS OF
## BANYAN CAY INVESTMENT, LLC;
## BANYAN CAY MEZZANINE BORROWER LLC;
## BANYAN CAY RESORT & GOLF LLC;
## BANYAN CAY VILLAS, LLC; AND
## BANYAN CAY DEV. LLC

March 14, 2023

The undersigned, being the respective members (as identified on the signature pages attached hereto, collectively, the "Members") of Banyan Cay Investment, LLC, a Florida limited liability company; Banyan Cay Mezzanine Borrower LLC, a Delaware limited liability company; Banyan Cay Resort & Golf LLC, a Delaware limited liability company; Banyan Cay Villas, LLC, a Delaware limited liability company; and Banyan Cay Dev. LLC, a Delaware limited liability company (collectively, the "Companies"), on this 14th day of March, 2023, hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Members of the respective Companies were advised as to the contents of these resolutions and unanimous consent of the Members was sought by management in respect of these resolutions;

**WHEREAS**, the Members have considered presentations by management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to it, and the effect of the foregoing on the Companies' business; and

**WHEREAS**, the Members have had the opportunity to consult with the financial and legal advisors of the Companies and assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Members recommend the adoption of these resolutions.

## The Chapter 11 Cases

**NOW, THEREFORE, BE IT RESOLVED**, in light of the Companies' current financial condition, after the Members have investigated, discussed, and considered options for addressing the Companies' financial challenges and, after consultation with the Companies' advisors, the Members have concluded that it is in the best interests the Companies, their creditors, their employees, and other interested parties that a petition be filed by each of the Companies seeking relief under the provisions of the Bankruptcy Code, and

**RESOLVED FURTHER**, that the chief executive officer and chief restructuring officer identified below, or if there is no chief executive officer or chief restructuring officer, then any officer or manager of the Companies, including the Manager, (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them individually hereby is, authorized, in the name and on behalf of the Companies, appointed as the Companies' authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Companies, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents in the Bankruptcy Court for the Southern District of Florida (the "Bankruptcy

1

Court"), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' businesses, and any action necessary to initiate cases under chapter 11 of the bankruptcy Code (the "Chapter 11 Cases"); and

**RESOLVED FURTHER**, that the law firm of Pack Law, P.A. ("Pack Law") is hereby employed as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, subject to Bankruptcy Court approval; and

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby is, authorized and directed to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER** that each Authorized Officer be, and hereby is, granted with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER** that the filing by the Companies of petitions seeking relief under the provisions of chapter 11 of the Bankruptcy Code shall not dissolve the Companies.

## Appointment of Chief Restructuring Officer

**WHEREAS**, the Members, in consultation with the Companies' professionals, have determined that it is desirable, fair, reasonable, and in the best interests of the Companies to designate McHale, P.A., by and through Gerard "Jerry" A. McHale, Jr., to serve as an officer of the Companies in the position of Chief Executive Officer and Chief Restructuring Officer ("CEO" and "CRO," respectively);

**NOW, THEREFORE, BE IT RESOLVED**, McHale, P.A., by and through Jerry McHale, is appointed to the position of CEO and CRO of the Companies; and

**RESOLVED FURTHER**, that each of the Authorized Officers and Pack Law are hereby authorized to execute any documents and undertake any actions necessary to effectuate the retention of the CRO, including but not limited to the execution of an engagement and retention letter therewith; and

**RESOLVED FURTHER**, that the CEO and CRO is hereby delegated the full authority otherwise vested in the Manager and any other Authorized Officer, in consultation with the Authorized Officers, and where appropriate and consistent with the CRO's discharge of his fiduciary duties in consultation with the Authorized Officers, over implementation and prosecution of the Chapter 11 Cases, including causing the Companies to enter into one or more restructuring transactions (each a "Restructuring Transaction"); and

**RESOLVED FURTHER**, that the CEO shall report to the Members for the purpose of performing the duties and responsibilities of a Chief Executive Officer and such other duties and responsibilities as may be determined by the Members to be reasonably related thereto; and

**RESOLVED FURTHER**, that the CRO shall report to the Members for the purpose of performing the duties and responsibilities of a Chief Restructuring Officer and such other duties and responsibilities as may be determined by the Members to be reasonably related thereto; and

**RESOLVED FURTHER**, that the CRO, in consultation with the Authorized Officers, is hereby authorized and empowered, in the name of and on behalf of the Companies, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of any Restructuring Transaction to which the Companies is or will be a party, including, but not limited to, any restructuring support agreements, debtor-in-possession financing agreements, a Chapter 11 plan, a disclosure statement, and all exhibits and/or ancillary documents related thereto subject to, if and when applicable, approval necessary by the Bankruptcy Court (collectively, the "Restructuring Documents"); and

**RESOLVED FURTHER**, that the CRO, in consultation with the Authorized Officers, is hereby authorized and empowered in the name of, and on behalf of, the Companies to take any and all actions to (i) obtain Bankruptcy Court approval of the Restructuring Documents in connection with any Restructuring Transaction, and (ii) obtain Bankruptcy Court approval of any Restructuring Transaction; and

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any of the CRO, the Members, or the Authorized Officers in connection with the appointment and retention of the CRO, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies.

## General Resolutions

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the CEO, the CRO and the Authorized Officers, each of the CEO, the CRO and the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all Members have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Companies and/or under applicable law, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as

the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Members.

     **RESOLVED FURTHER**, that by signing below, each Member is not waiving or limiting the exercise or enforcement of any rights, interests or claims that such Member may otherwise have with respect to the Companies or any of their affiliates or related entities, or other Members, and all such rights, interests and claims are being preserved;

     **RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF, THE UNDERSIGNED MEMBERS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.**

**BANYAN CAY INVESTMENT, LLC**

By: *Kim Pillar* (DocuSigned)
DJG Dev. LLC,
its Class A Member
By: Kim Pillar
Title: Manager

By: *Domenic Gatto* (DocuSigned)
1900 Congress, LLC,
its Class B Member
By: Domenic Gatto
Title: Member

By: *[signature]* (DocuSigned)
Rough Ride Enterprises, LLC,
its Class B Member
By: William Sandbrook
Title: President

By: _____
Bellefrau Group, LLC,
its Class B Member
By: _____
Title: _____

By: *Darrell D. Massie* (DocuSigned)
ConsultEnergy, Inc.,
its Class B Member
By: Darrell D. Massie
Title: President

By: *[signature]*
Lexxcom LLC
its Class A Member
By: Don Perry
Title: Manager

4

the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Members.

**RESOLVED FURTHER**, that by signing below, each Member is not waiving or limiting the exercise or enforcement of any rights, interests or claims that such Member may otherwise have with respect to the Companies or any of their affiliates or related entities, or other Members, and all such rights, interests and claims are being preserved;

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF, THE UNDERSIGNED MEMBERS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.**

BANYAN CAY INVESTMENT, LLC

By: _____
DJG Dev. LLC,
its Class A Member
By: Kim Pillar
Title: Manager

By: _____
ConsultEnergy, Inc.,
its Class B Member
By: _____
Title: _____

By: _____
1900 Congress, LLC,
its Class B Member
By: _____
Title: _____

By: _____
Lexxcom LLC
its Class A Member
By: Don Perry
Title: Manager

By: _____
Rough Ride Enterprises, LLC,
its Class B Member
By: _____
Title: _____

By: *RChanfrau* (signature)
Bellefrau Group, LLC,
its Class B Member
By: RITA CHANFRAU
Title: managing member (only)

4

**BANYAN CAY MEZZANINE BORROWER LLC**

By: _kim Pillar_
   —8D80B598A8DC431
   Banyan Cay Investment, LLC,
   its Member
   By: Kim Pillar
   Title: Manager

**BANYAN CAY RESORT & GOLF LLC**

By: _kim Pillar_
   —8D80B598A8DC431
   Banyan Cay Mezzanine Borrower, LLC,
   its Member
   By: Kim Pillar
   Title: Manager

**BANYAN CAY VILLAS, LLC**

By: _kim Pillar_
   —8D80B598A8DC431
   Banyan Cay Mezzanine Borrower, LLC,
   its Member
   By: Kim Pillar
   Title: Manager

**BANYAN CAY DEV. LLC**

By: _kim Pillar_
   —8D80B598A8DC431
   Banyan Cay Mezzanine Borrower, LLC,
   its Member
   By: Kim Pillar
   Title: Manager

5